OPINION — AG — ** TRAVEL — REIMBURSEMENT — EMPLOYEES ** (1) THE PROVISIONS OF SENATE BILL NO. 527, TO BE CODIFIED AT 74 O.S. 500.8 [74-500.8] AND 74 O.S. 500.9 [74-500.9](B), ARE NOT MANDATORY WITH A STATE AGENCY. (2) UNDER THE PROVISIONS OF THE "STATE TRAVEL REIMBURSEMENT ACT", CODIFIED AT 74 O.S. 500.1 [74-500.1] ET SEQ., THERE IS NO DIFFERENCE IN THE AMOUNT OF TRAVEL REIMBURSEMENT BETWEEN TEMPORARY EMPLOYEES AND PERMANENT EMPLOYEES. (PER DIEM, TRAVEL STATUS, STATE EMPLOYEE, LODGING, EXPENSES, TEMPORARY EMPLOYEES) CITE: 74 O.S. 500.8 [74-500.8], 74 O.S. 500.1 [74-500.1], 74 O.S. 840.3 [74-840.3](2) (RICHARD MILDREN)